UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

LISA MARIE GABRIEL,

                    Defendant.

CASE NO. CR26-047 RSM

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances and distribution of controlled substances. Defendant is charged with conspiring with an inmate at the FDC to smuggle into the FDC controlled substances. She is charged with visiting the FDC, and providing the inmate with balloons filled with drugs. The inmate ingested the drugs and died when one of the balloons broke. The nature of the offense supports a finding Defendant poses a danger to the community that cannot be addressed by any condition of release. The Court finds Defendant has not overcome the rebuttable presumption that she is a danger to the community.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 9th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2